**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 26-6253**

_____

TOCCARA YVONNE PULLER,

        Plaintiff - Appellant,

      v.

MAGGIE MARSHALL; DENISE ZELAYA; WILLIAM TURNER; JASON MCCANDLES; AL HARVIN DISTRICT; ALLISON CANNON, LCSW; C. LOWELL; KAREN HAINER, Esq.; GARCIA,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:25-cv-00706-JAG-MRC)

_____

Submitted:  May 28, 2026                          Decided:  June 2, 2026

_____

Before WYNN, QUATTLEBAUM, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Toccara Yvonne Puller, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Toccara Yvonne Puller appeals the district court's order dismissing without prejudice her pro se civil action.[*] The district court dismissed Puller's civil action because she failed to comply with the magistrate judge's order to complete and file a non-prisoner in forma pauperis affidavit or pay the full filing fee. We have reviewed the record and discern no reversible error. *See Attkisson v. Holder*, 925 F.3d 606, 620 (4th Cir. 2019) (stating standard of review). Accordingly, we affirm the district court's order. *Puller v. Marshall*, No. 3:25-cv-00706-JAG-MRC (E.D. Va. Jan. 22, 2026). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court's dismissal order is a final decision because the court dismissed the action "without providing leave to amend." *Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc).

2